```
1   JOSEPH P. RUSSONIELLO (CSBN 44332)
2   United States Attorney

3   BRIAN J. STRETCH (CSBN 163973)
    Chief, Criminal Division
4
    ARVON J. PERTEET (CSBN 242828)
5   Special Assistant United States Attorney

6       450 Golden Gate Avenue, 11ʰ Floor
        San Francisco, CA 94102
7       Telephone: 415.436.6598
        Facsimile:  415.436.7234
8       Email: arvon.peteet@usdoj.gov

9   Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **No. CV 09- 2348 MEJ** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO VACATE 9/3/09 CASE MANAGEMENT CONFERENCE** |
| APPROXIMATELY $75,000.00 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA and Claimant LUKE MCCANN, through their respective counsel, that this matter be stayed.

2. The parties have reached a settlement agreement. At this time the proposed settlement agreement is being signed by the parties in an effort to present the settlement and proposed order to the court.

3. Pursuant to the above representations, the parties hereby stipulate and agree to vacate the case manage conference until the completion of the settlement agreement and proposed order to present to the court for review or until such earlier time as either party, or this Court, may

1  request that the matter be heard.

2    4. The parties stipulate and agree that they request this Court take off calendar the
3  presently scheduled Case Management Conference of September 3, 2009, at 10:00 a.m.

4  IT IS SO STIPULATED:

6  Dated: August 20, 2009                          JOSEPH P. RUSSONIELLO
                                                   United States Attorney

                                                   /S/ *Arvon J. Perteet*
9                                                  ARVON J. PERTEET
                                                   Special Assistant United States Attorney
10                                                 Attorney for the United States of America

12 Dated: August 20, 2009

                                                   /S/ *Ean Vizzi*
                                                   EAN VIZZI
14                                                 Attorney for Claimant
                                                   LUKE MCCANN

### [PROPOSED] ORDER

    IT IS SO ORDERED on this ___24th___ day of ___August___, 2009, pursuant to the foregoing stipulation, that the presently scheduled Case Management Conference of September 3, 2009, at 10:30 a.m. is hereby taken off calendar.

                                                   _____
                                                   MAGISTRATE JUDGE MARIA-ELENA JAMES
                                                   United States District Magistrate Judge