JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11$^{h}$ Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile:  415.436.7234
    Email: arvon.peteet@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 09-2348 MEJ |
|     Plaintiff, | |
| v. | CONSENT ORDER OF SETTLEMENT |
| APPROXIMATELY $75,000.00 IN UNITED STATES CURRENCY, | |
|     Defendant. | |

### CONSENT ORDER OF SETTLEMENT AND FORFEITURE

WHEREAS, on May 28, 2009, the United States filed a complaint for forfeiture of certain currency seized as a result the investigation conducted by DEA Task Force Agent Steve Maes;

WHEREAS, notice of this action has been given by publication and the only claim submitted with respect to the defendant currency is that of LUKE MCCANN, submitted on or about March 2, 2009;

WHEREAS, pursuant to the settlement negotiations among the parties, LUKE MCCANN agrees to withdraw his claim with respect to $65,000 of the seized currency in any administrative or judicial forfeiture proceeding;

1  WHEREAS, pursuant to the settlement negotiations among the parties, the United States
2  agrees to return $10,000 plus accrued interest of the defendant currency to LUKE MCCANN;
3  AND WHEREAS, it appearing to the court from the endorsement of the parties that the
4  parties have agreed to a resolution of this matter with respect to the defendant currency, and
5  deeming it proper so to do;
6  NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:
7  1. Notice of this action having been given by publication and there being only the claim
8  filed by LUKE MCCANN, the default of all persons or entities other than LUKE MCCANN is
9  entered.
10  2. A portion of the defendant currency, to wit $65,000 is forfeited to the United States
11  pursuant to 21 U.S.C. § 881(1)(6), free from the claims of any other party.
12  3. A portion of the defendant currency, to wit $10,000 plus accrued interest, shall be
13  returned by the United States to LUKE MCCANN, payable through his attorney, Ean Vizzi, in
14  accordance with the claim of LUKE MCCANN, to the $10,000 plus interest of the defendant
15  currency.
16  4. The United States shall dispose of the forfeited currency in accordance with the law.
17  5. LUKE MCCANN releases the United States of America and all of its respective
18  agencies, officers, agents, and employees from any claims or actions, including that for attorney
19  fees or cost or interest, concerning the seizure and custody of the defendant currency.
20  6. The United States release LUKE MCCANN from any claims or actions, including that
21  for attorney fees or costs or interest, concerning the seizure and custody of the defendant currency.
22  //
23  //
24  //
25  //
26  //
27  //
28  //

Consent Order of Settlement and Forfeiture
No. CV 09- 2348 MEJ                     2

7. The parties to this action shall execute any documents necessary or proper to effectuate the terms of this Order.

This case is hereby DISMISSED.

September 1, 2009
Date

_____
MAGISTRATE JUDGE MARIA-ELENA JAMES

WE ASK FOR THIS:

_A. Perteet_   8/31/09

Arvon J. Perteet
Special Assistant United States Attorney

_Ean Vizzi_   8/28/09

Ean Vizzi
Counsel for Claimant, LUKE MCCANN

_Luke McCann_   8/22/09

LUKE MCCANN
Claimant

Consent Order of Settlement and Forfeiture
No. CV 09-2348 MEJ                  3